# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-1352
LT Case No. 2018-CA-002395

_____

OSCAR NUNEZ and DEBORAH D.
NUNEZ,

     Appellants,

     v.

WILMINGTON SAVINGS FUND
SOCIETY, FSB D/B/A CHRISTIANA
TRUST, NOT INDIVIDUALLY BUT
AS TRUSTEE FOR HILLDATE
TRUST, FLORIDA HOUSING
FINANCE CORPORATION, and
AMOS FINANCIAL, LLC,

     Appellees.

_____

On appeal from the Circuit Court for Marion County.
Victor J. Musleh, Judge.

Blake J. Fredrickson, of Fredrickson Law Group, P.A., Tampa, for
Appellants.

Joseph N. Dayan, of Gilbert Garcia Group, P.A., Tampa, for
Appellees.

July 2, 2024

PER CURIAM.

AFFIRMED.

WALLIS, BOATWRIGHT, and MACIVER, JJ., concur.

———————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————